IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SEALED |
| v. | § § | No. 4:22-CR- 112 |
| | § | Judge |
| ELTON WBALDO SEGURA RUIZ (1) | § | Jordan |
| a.k.a. "Pariente" | § | |
| RONSULTO SEGURA PALÁCIOS (2) | § | |
| a.k.a. "Sangre" | § | |
| WALINGTON SINISTERRA MICOLTA (3) | § | |
| a.k.a. "Wala" | § | |
| HILTON FABIAN RENTERIA VIVAS (4) | § | |
| a.k.a. "Victor" | § | |
| LEONARDO GONGORA CARABALI (5) | § | |
| a.k.a. "Leo" | § | |

**INDICTMENT**

**FILED**

MAY 1 2 2022

Clerk, U.S. District Court
Texas Eastern

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

> Violation: 21 U.S.C. § 959 and 18 U.S.C. § 2 (Manufacturing and Distributing Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2021, and continuously thereafter up to and including May 12, 2022, in the Eastern District of Texas and elsewhere,

**Elton Wbaldo Segura Ruiz a.k.a. "Pariente"**
**Ronsulo Segura Palácios a.k.a. "Sangre"**
**Walington Sinisterra Micolta a.k.a. "Wala"**
**Hilton Fabian Renteria Vivas a.k.a "Victor"**
**Leonardo Gongora Carabali a.k.a. "Leo"**

defendants, did knowingly and intentionally manufacture and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959 and 18 U.S.C. § 2.

## Count Two

> Violation: 21 U.S.C. § 963 (Conspiracy to Import Cocaine and to Manufacture and Distribute Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2021, and continuously thereafter up to and including May 12, 2022, in the Republic of Colombia, Eastern District of Texas and elsewhere,

**Elton Wbaldo Segura Ruiz a.k.a. "Pariente"**
**Ronsulo Segura Palácios a.k.a. "Sangre"**
**Walington Sinisterra Micolta a.k.a. "Wala"**
**Hilton Fabian Renteria Vivas a.k.a "Victor"**
**Leonardo Gongora Carabali a.k.a. "Leo"**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to commit the following offenses against the United States: (1) to knowingly and intentionally import five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, into the United States from the Republic of Colombia in violation of 21 U.S.C. §§ 952 and 960, and (2) to knowingly and

intentionally manufacture and distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, intending and knowing and with reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 952 and 960.

In violation of 21 U.S.C. § 963.

### Count Three

> Violation: 46 U.S.C. §§ 70503(a) and 70506(a) & (b) (Conspiracy to Possess with the Intent to Distribute Cocaine while on board a vessel subject to the jurisdiction of the United States)

That from sometime in or about January 2021, and continuously thereafter up to and including May 12, 2022, in the Eastern District of Texas and elsewhere,

**Elton Wbaldo Segura Ruiz a.k.a. "Pariente"**
**Ronsulo Segura Palácios a.k.a. "Sangre"**
**Walington Sinisterra Micolta a.k.a. "Wala"**
**Hilton Fabian Renteria Vivas a.k.a "Victor"**
**Leonardo Gongora Carabali a.k.a. "Leo"**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b) and 21 U.S.C. §§ 960 (b)(1)(B)(ii).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From their engagement in the violation alleged in this Indictment, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all of their rights, titles, and interests in any property described in 21 U.S.C. § 881(a)(1) through (11), that was used or intended for use to commit, or to facilitate the commission of, such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

GRAND JURY FOREPERSON

Indictment/Notice of Penalty – Page 4

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

5/12/22
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:22-CR- |
| | § | Judge |
| ELTON WBALDO SEGURA RUIZ (1) | § | |
|   a.k.a. "Pariente" | § | |
| RONSULTO SEGURA PALÁCIOS (2) | § | |
|   a.k.a. "Sangre" | § | |
| WALINGTON SINISTERRA MICOLTA (3) | § | |
|   a.k.a. "Wala" | § | |
| HILTON FABIAN RENTERIA VIVAS (4) | § | |
|   a.k.a. "Victor" | § | |
| LEONARDO GONGORA CARABALI (5) | § | |
|   a.k.a. "Leo" | § | |

## Count One

Violation:   21 U.S.C. § 959

Penalty:   Imprisonment for not less than ten years or more than life, a fine not to exceed $4,000,000.00 or both. A term of supervised release of at least five years

Special Assessment: $100.00

## Count Two

Violation:   21 U.S.C. § 963

Penalty:   Imprisonment for not less than ten years or more than life, a fine not to exceed $10 million or both. A term of supervised release of at least five years

Special Assessment: $100.00

## Count Three

Violation:   46 U.S.C. §70503(a) and 70506 (a) & (b)

Indictment/Notice of Penalty – Page 6

Penalty:      Imprisonment for not less than ten years or more than life, a fine not to exceed $10 million or both. A term of supervised release of at least five years

Special Assessment: $100.00