IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-112 |
| | § | Judge Jordan |
| LEONARDO GONGORA CARABALI (5) | § | |

## FACTUAL BASIS

The defendant, **Leonardo Gongora Carabali**, the defendant's attorney, **Stephen Green**, hereby stipulate and agree that at all times relevant to the Indictment herein, the following facts were true:

1.    That the defendant, **Leonardo Gongora Carabali**, who is changing his plea to guilty, is the same person charged in the Indictment.

2.    That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3.    That **Leonardo Gongora Carabali** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Indictment to knowingly and intentionally possess with the intent to distribute 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine, with the purpose of importing the cocaine into the United States;

4.    That **Leonardo Gongora Carabali** knew the cocaine would be unlawfully imported into the United States.  Specifically, **Leonardo Gongora Carabali** knew the cocaine would be loaded onto boats and shipped into the United States.

Factual Basis - Page 1
*Leonardo Gongora Carabali*

5. That **Leonardo Gongora Carabali** knew unlawful purpose of the agreement and joined in it with the intent to further it.

6. That **Leonardo Gongora Carabali** knew that the amount involved during the term of the conspiracy involved 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

7. That **Leonardo Gongora Carabali's** role in this conspiracy was to supply co-conspirators with kilogram quantities of cocaine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the United States.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 10-2-2025

*Leonardo carabali*
LEONARDO GONGORA CARABALI
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 10 - 2 - 25

_____
STEPHEN GREEN
Attorney for the Defendant

Factual Basis - Page 3
*Leonardo Gongora Carabali*